# United States Court of Appeals
## For the First Circuit

---

No. 25-2237

AMERICAN HOSPITAL ASSOCIATION; ST. MARY'S REGIONAL MEDICAL CENTER; MAINE HOSPITAL ASSOCIATION; NATHAN LITTAUER HOSPITAL AND NURSING HOME; UNITY MEDICAL CENTER; DALLAS COUNTY MEDICAL CENTER,

Plaintiffs - Appellees

v.

ROBERT F. KENNEDY, JR., Secretary of the US Department of Health and Human Services; THOMAS J. ENGELS, Administrator Health Resources and Services Administration; HEALTH RESOURCES & SERVICES ADMINISTRATION; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; UNITED STATES,
Defendants,

ABBVIE INC.; ASTRAZENECA PHARMACEUTICAL LP; PHARMACYCLICS LLC; BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.; NOVO NORDISK INC.; PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,

Interested Parties - Appellants.

---

**ORDER OF COURT**

Entered: March 26, 2026

This matter is before the court on appellants' response to an order to show cause flagging potential mootness. The matter will proceed to briefing, with all relevant issues, including potential mootness, reserved to the ultimate merits panel. The clerk shall enter a standard briefing schedule. The parties should address potential mootness and all other relevant issues in briefing.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Melissa A. Hewey, Karen L. Dunn, Jenifer N. Hartley, Lawrence Atkinson, Lindsay Feinberg, Maxwell A. Baldi, Jason Altabet, Jay S. Geller, Paul McDonald, Lucas L. Fortier, Matthew Scott Owen, Meredith M. Pohl, Nick Bell, Lucas Henry Funk, Edward S. MacColl, William B. Schultz, Alyssa Howard, Jeffrey L. Handwerker, Jeffrey D. Talbert, Allon Kedem, Daniel L. Rosenthal, Corin R. Swift, Kwaku A. Akowuah, Meenakshi Datta, Thomas Ross Brugato, Alfred Cecil Frawley IV, Kevin F. King, Daniel Gerard Randolph