# United States Court of Appeals
## For the First Circuit

No. 25-2237

AMERICAN HOSPITAL ASSOCIATION; ST. MARY'S REGIONAL MEDICAL CENTER; MAINE HOSPITAL ASSOCIATION; NATHAN LITTAUER HOSPITAL AND NURSING HOME; UNITY MEDICAL CENTER; DALLAS COUNTY MEDICAL CENTER,

Plaintiffs - Appellees

v.

ROBERT F. KENNEDY, JR., Secretary of the US Department of Health and Human Services; THOMAS J. ENGELS, Administrator Health Resources and Services Administration; HEALTH RESOURCES & SERVICES ADMINISTRATION; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; UNITED STATES,
Defendants,

ABBVIE INC.; ASTRAZENECA PHARMACEUTICAL LP; PHARMACYCLICS LLC; BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.; NOVO NORDISK INC.; PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,

Interested Parties - Appellants.

**CALENDARING NOTICE**

Issued: July 22, 2026

This case is presently scheduled to be called for oral argument on **Tuesday, September 15, 2026, at 9:30 a.m. in Boston, MA** in the Panel Courtroom at the Moakley Courthouse, 7th Floor. There will be no continuance except for grave cause. 1st Cir. R. 34.1(d).

The court will provide live audio access to such arguments to the public. After the end of the day's arguments, audio recordings of each argument will be available on the court's website. Counsel therefore should consider the privacy implications of this before argument.

**Within two weeks of the date of this notice**, counsel for each party must advise this office of the name of the person(s) who will be presenting oral argument by completing and filing the Designation Form available on the court's website at www.ca1.uscourts.gov. If counsel presenting oral argument has not yet entered an appearance, counsel must file an appearance and a motion in accordance with 1st Cir. R. 12.0(a) with the Designation Form.

The identity of the panel and the times allotted to counsel for oral argument will be posted on the Court Calendar page of the court's website one week prior to the date of oral argument.

Where there is more than one party on a side, the courtroom deputy will contact counsel about dividing the argument time.

**Arguing counsel must arrive at least 15 minutes before court convenes and should proceed directly to the courtroom and check in with the courtroom deputy.**

Only attorneys and students practicing under 1st Cir. R. 46.0(f) should sit at counsel table; absent permission from the court, clients should be seated in the audience. Once counsel begins to argue, the courtroom deputy sets the signal lights. The light turns amber when counsel has five minutes left to argue. The light turns red (and a beep sounds) when counsel's argument time has expired.

On occasion, cases scheduled for oral argument are removed from the calendar before the scheduled date. The oral argument calendar is frequently prepared before the judges have completed their review of the briefs. Therefore, if the panel ultimately concludes that argument is not warranted in a particular case, that case will be removed from the argument calendar. In such circumstances, the clerk's office will endeavor to notify counsel as promptly as possible.

Any inquiries about oral argument may be addressed to Daniel Toomey, Calendar Clerk and Courtroom Deputy, by telephone at 617-748-9982.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Kwaku A. Akowuah
Lawrence Atkinson
Maxwell A. Baldi
Nick Bell
Thomas Ross Brugato
Meenakshi Datta
Karen L. Dunn
Lindsay Feinberg
Lucas L. Fortier
Alfred Cecil Frawley IV
Jay S. Geller
Jeffrey L. Handwerker
Jenifer N. Hartley
Melissa A. Hewey
Alyssa Howard
Allon Kedem

Kevin F. King
Edward S. MacColl
Paul McDonald
Matthew Scott Owen
Meredith M. Pohl
Daniel Gerard Randolph
Daniel L. Rosenthal
William B. Schultz
Corin R. Swift
Jeffrey D. Talbert