# United States Court of Appeals
## For the First Circuit

No. 25-2237

AMERICAN HOSPITAL ASSOCIATION; ST. MARY'S REGIONAL MEDICAL CENTER; MAINE HOSPITAL ASSOCIATION; NATHAN LITTAUER HOSPITAL AND NURSING HOME; UNITY MEDICAL CENTER; DALLAS COUNTY MEDICAL CENTER,

Plaintiffs - Appellees

v.

ROBERT F. KENNEDY, JR., Secretary of the US Department of Health and Human Services; THOMAS J. ENGELS, Administrator Health Resources and Services Administration; HEALTH RESOURCES & SERVICES ADMINISTRATION; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; UNITED STATES,
Defendants,

ABBVIE INC.; ASTRAZENECA PHARMACEUTICAL LP; PHARMACYCLICS LLC; BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.; NOVO NORDISK INC.; PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,

Interested Parties - Appellants.

**ORDER OF COURT**

Entered: September 2, 2026

Upon consideration, Appellee's motion is granted in part. Appellee may file an amended designation of counsel form on or by Friday, September 4, 2026. This case remains on the calendar for Tuesday, September 15, 2026.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Melissa A. Hewey, Karen L. Dunn, Jenifer N. Hartley, Lawrence Atkinson, Lindsay Feinberg, Maxwell A. Baldi, Jay S. Geller, Paul McDonald, Lucas L. Fortier, Matthew Scott Owen, Meredith M. Pohl, Nick Bell, Edward S. MacColl, William B. Schultz, Alyssa Howard, Jeffrey L. Handwerker, Jeffrey D. Talbert, Allon Kedem, Daniel L. Rosenthal, Corin R. Swift, Kwaku A. Akowuah, Meenakshi Datta, Thomas Ross Brugato, Alfred Cecil Frawley IV, Kevin F. King, and Daniel Gerard Randolph.